

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00209-CR

| | | |
|---|---|---|
| The State of Texas | § | From the County Criminal Court No. 4 |
| | § | of Tarrant County (1287414) |
| v. | § | March 19, 2015 |
| | § | Opinion by Justice Gabriel |
| Dorothy Mae Bryan | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the order of the trial court granting the motions to dismiss is reversed and the case is remanded to the trial court for further, prompt proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel